

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jose Luis Disla Melo*, 20 Cr. 29 (JPO)

Dear Judge Oetken:

    The Government respectfully writes, on behalf of the parties, to request that the Court exclude time under the Speedy Trial Act through June 17, 2021. The parties expect that this case will be disposed of through a pretrial resolution in the near future. Accordingly, such an exclusion would be in the interests of justice, as it would allow the parties time to continue their discussions concerning a possible disposition regarding the defendant. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _/s/ Daniel Nessim_
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

> Granted. The Court hereby excludes time through June 17, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial. So ordered:  May 28, 2021

_/s/ J. Paul Oetken_
J. PAUL OETKEN
United States District Judge