```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

 UNITED STATES OF AMERICA                      ORDER

          - v. -                               20 Cr. 29 (JPO)

 MICHAEL ANDUJAR SANCHEZ,
    a/k/a "Jose Luis Disla Melo,"

          Defendant.

- - - - - - - - - - - - - - - - - X
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 19, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       November 22, 2021

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge